IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DENNIS WAYNE HOUSEHOLDER, JR.<br><br>Defendant. | Case No. CR-21-22-BLG-SPW-4<br><br>ORDER |

Upon Defendant's Motion to Withdraw as Attorney of Record and Appointment of CJA Panel Attorney (Doc. 105), and for good cause appearing,

**IT IS HEREBY ORDERED** that L. Sanford Selvey, II be relieved of all legal duties to Defendant Dennis Wayne Householder, and that new counsel be appointed as counsel of record for all further proceedings, pursuant to 18 U.S.C. § 3006A.

Further, pursuant to the Criminal Justice Act, supra, Lisa Bazant, CJA Panel Attorney, is appointed for all further proceedings.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 2nd day of November, 2021.

_____
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1